UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD BENSON,<br><br>                             Plaintiff,<br><br>v.<br><br>KAPLAN, INC., et al.,<br><br>                            Defendants. | Case No.:  20-CV-0771 W (KSC)<br><br>**ORDER CLOSING DISTRICT COURT CASE FILE** |

    The parties have filed a Stipulation Regarding Dismissal of Entire Case With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) [Doc. 13].  The Stipulation **DISMISSES** this matter **WITH PREJUDICE**.  Accordingly, the Clerk shall close the District Court case file.

    **IT IS SO ORDERED**.

Dated:  July 24, 2020

                                                     Hon. Thomas J. Whelan<br>                                                     United States District Judge